

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00143-CV

**In the Interest of M.J.A.G., A.T.L.G. and D.R.G.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00911
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Based upon a presumption of indigency under Texas Rule of Appellate Procedure 20.1, no costs shall be assessed against appellant.

SIGNED August 12, 2015.

_____
Jason Pulliam, Justice